# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 13-20525-AMC

Thomas R. Hansen
Laura E. Hansen
1208 Telegraph Road

Perkasie, PA 18944

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  Thomas R. Hansen
  Laura E. Hansen
  1208 Telegraph Road

  Perkasie, PA 18944


Counsel for debtor(s), by electronic notice only.

  MICHAEL SCHWARTZ
  707 LAKESIDE OFFICE PARK
  STREET AND STUMP ROADS
  SOUTHAMPTON, PA 18966-

Date: 11/4/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee