# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**     Laura E. Hansen | |
|         Thomas R. Hansen   : | |
|                 **Debtors**   : | |
| **JPMorgan Chase Bank NA**   : | |
|     **Movant**   : | **Bankruptcy Case Number** |
|   : | **13-20525 AMC** |
| **v.**   : | |
| **Laura E. Hansen and Thomas R. Hansen**   : | |
|     **Respondent/Debtors**   : | |
| **And**   : | |
| **William C. Miller, Esquire**   : | |
|     **Trustee**   : | |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of JPMorgan Chase Bank was sent this 7th day of November, 2016 via electronic notification and/or United States, First Class Mail, postage prepaid to all Parties in Interest in the above captioned matter including:

**Movant's Counsel**
Joshua Goldman, Esq.
KML Law Group

**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee

           \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor