UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                              Case No. 13-20525-amc

Thomas R. Hansen,                                   Chapter 13
Laura E. Hansen,

    Debtors.
_____/

## NOTICE OF ADDRESS CHANGE FOR BOSCO CREDIT V TRUST SERIES 2012-2 – CLAIM # 4

Bosco Credit V Trust Series 2012-2, by and through undersigned counsel, hereby files a Notice of Change of Address with regards to Claim # 4. Payments should be sent to the following address:

**Franklin Credit Management Corp.**
**PO Box 829629**
**Philadelphia, PA 19182-9629**

Notices should be sent to the following address:

**Franklin Credit Management Corporation**
**101 Hudson Street, 25th, Floor**
**Jersey City, NJ 07302**

    McCALLA RAYMER LEIBERT PIERCE, LLC

By:    /s/ *Michael J. McCormick*
    Michael J. McCormick
    Attorney for Creditor
    1544 Old Alabama Road
    Roswell, GA 30076-2102
    Direct Phone 678-281-3918
    Michael.McCormick@mccalla.com