Certificate Number: 15317-PAE-DE-032002278

Bankruptcy Case Number: 13-20525



15317-PAE-DE-032002278

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2018, at 10:54 o'clock AM PST, Thomas R Hansen completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 7, 2018                     By:    /s/Janice Morla

                                              Name:  Janice Morla

                                              Title: Counselor