Certificate Number: 15317-PAE-DE-032002276

Bankruptcy Case Number: 13-20525



15317-PAE-DE-032002276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2018, at 10:54 o'clock AM PST, Laura E Hansen completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 7, 2018         By:    /s/Janice Morla

Name:  Janice Morla

Title:  Counselor